JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (*pro hac vice* pending)
Carl E. Black (*pro hac vice* pending)
Thomas A. Wilson (*pro hac vice* pending)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Attorneys for Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Alpha Natural Resources, Inc.,<br>a Delaware corporation,<br><br>        Debtor.<br><br>Tax ID No.:  42-1638663 | Chapter 11<br>Case No. 15-_____ (___) |
| In re:<br><br>Alex Energy, Inc.,<br>a West Virginia corporation,<br><br>        Debtor.<br><br>Tax ID No.:  55-0755384 | Chapter 11<br>Case No. 15-_____ (___) |

In re:

Alpha American Coal Company, LLC,
a Delaware limited liability company,

              Debtor.

Tax ID No.: 54-1947356

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha American Coal Holding, LLC,
a Delaware limited liability company,

              Debtor.

Tax ID No.: 13-2793319

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Appalachia Holdings, Inc.,
a Delaware corporation,

              Debtor.

Tax ID No.: 95-0740960

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Appalachia Services, Inc.,
a West Virginia corporation,

              Debtor.

Tax ID No.: 54-1095096

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Coal Resources Company, LLC,
a Delaware limited liability company,

           Debtor.

Tax ID No.:  84-1341308

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Coal Sales Co., LLC,
a Delaware limited liability company,

           Debtor.

Tax ID No.:  16-1641207

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Coal West, Inc.,
a Delaware corporation,

           Debtor.

Tax ID No.:  35-1867616

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha European Sales, Inc.,
a Virginia corporation,

           Debtor.

Tax ID No.:  54-1834161

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha India, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  27-4593320

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Land and Reserves, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  57-1136960

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Midwest Holding Company,
a Delaware corporation,

                Debtor.

Tax ID No.:  84-1456626

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Natural Resources, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  56-2298262

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Natural Resources International, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  27-4592266

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Natural Resources Services, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  27-0075099

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha PA Coal Terminal, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  26-1102515

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Shipping and Chartering, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  41-2136215

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Sub Eight, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  47-3587689

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Sub Eleven, Inc.,
a Delaware corporation,

                    Debtor.

Tax ID No.:  47-3640130

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Sub Nine, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  47-3601607

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Sub One, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  27-4592410

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Sub Ten, Inc.,
a Delaware corporation,

                              Debtor.

Tax ID No.:  47-3626036

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Sub Two, LLC,
a Delaware limited liability company,

                              Debtor.

Tax ID No.:  27-4592527

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Terminal Company, LLC,
a Delaware limited liability company,

                              Debtor.

Tax ID No.:  55-0802473

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Wyoming Land Company, LLC,
a Delaware limited liability company,

                              Debtor.

Tax ID No.:  35-1661756

Chapter 11
Case No. 15-_____ (___)

In re:

AMFIRE, LLC,
a Delaware limited liability company,

                        Debtor.

Tax ID No.:  51-0430939

Chapter 11
Case No. 15-_____ (___)

---

In re:

AMFIRE Holdings, LLC,
a Delaware limited liability company,

                        Debtor.

Tax ID No.:  11-3673814

Chapter 11
Case No. 15-_____ (___)

---

In re:

AMFIRE Mining Company, LLC,
a Delaware limited liability company,

                        Debtor.

Tax ID No.:  11-3673833

Chapter 11
Case No. 15-_____ (___)

---

In re:

Appalachia Coal Sales Company, Inc.,
a Virginia corporation,

                        Debtor.

Tax ID No.:  54-1188775

Chapter 11
Case No. 15-_____ (___)

In re:

Appalachia Holding Company,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-0295165

Chapter 11
Case No. 15-_____ (___)

---

In re:

Aracoma Coal Company, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  52-1669141

Chapter 11
Case No. 15-_____ (___)

---

In re:

Axiom Excavating and Grading Services, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  20-8109122

Chapter 11
Case No. 15-_____ (___)

---

In re:

Bandmill Coal Corporation,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0758310

Chapter 11
Case No. 15-_____ (___)

In re:

Bandytown Coal Company,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0751776

Chapter 11
Case No. 15-_____ (___)

---

In re:

Barbara Holdings Inc.,
a Delaware corporation,

                Debtor.

Tax ID No.:  25-1292326

Chapter 11
Case No. 15-_____ (___)

---

In re:

Barnabus Land Company,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0728645

Chapter 11
Case No. 15-_____ (___)

---

In re:

Belfry Coal Corporation,
a West Virginia corporation,

                Debtor.

Tax ID No.:  61-0415137

Chapter 11
Case No. 15-_____ (___)

In re:

Big Bear Mining Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  22-2138933

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black Castle Mining Company, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  52-1891104

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black King Mine Development Co.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  54-1188659

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black Mountain Cumberland Resources, Inc.,
a Virginia corporation,

                    Debtor.

Tax ID No.:  27-2323540

Chapter 11
Case No. 15-_____ (___)

In re:

Boone East Development Co.,
a West Virginia corporation,                         Chapter 11
                                                     Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  55-0717715

In re:

Brooks Run Mining Company, LLC,
a Delaware limited liability company,                Chapter 11
                                                     Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  52-2070922

In re:

Brooks Run South Mining, LLC,
a Delaware limited liability company,                Chapter 11
                                                     Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  26-0342580

In re:

Buchanan Energy Company, LLC,
a Virginia limited liability company,                Chapter 11
                                                     Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  54-0983234

In re:

Castle Gate Holding Company,
a Delaware corporation,

                      Debtor.

Tax ID No.:  84-1456620

Chapter 11
Case No. 15-_____ (___)

In re:

Clear Fork Coal Company,
a West Virginia corporation,

                      Debtor.

Tax ID No.:  55-0757300

Chapter 11
Case No. 15-_____ (___)

In re:

Coal Gas Recovery II, LLC,
a Delaware limited liability company,

                      Debtor.

Tax ID No.:  46-2855899

Chapter 11
Case No. 15-_____ (___)

In re:

Crystal Fuels Company,
a West Virginia corporation,

                      Debtor.

Tax ID No.:  55-0732366

Chapter 11
Case No. 15-_____ (___)

In re:

Cumberland Coal Resources, LP,
a Delaware limited partnership,

                 Debtor.

Tax ID No.:  84-1521723

Chapter 11
Case No. 15-_____ (___)

---

In re:

Dehue Coal Company,
a West Virginia corporation,

                 Debtor.

Tax ID No.:  55-0619956

Chapter 11
Case No. 15-_____ (___)

---

In re:

Delbarton Mining Company,
a West Virginia corporation,

                 Debtor.

Tax ID No.:  55-0764304

Chapter 11
Case No. 15-_____ (___)

---

In re:

Delta Mine Holding Company,
a Delaware corporation,

                 Debtor.

Tax ID No.:  91-1897558

Chapter 11
Case No. 15-_____ (___)

In re:

DFDSTE Corp.,                                          Chapter 11
a Delaware corporation,                               Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  84-1199429

In re:

Dickenson-Russell Coal Company, LLC,                 Chapter 11
a Delaware limited liability company,                Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-2079085

In re:

Dickenson-Russell Land and Reserves, LLC,            Chapter 11
a Delaware limited liability company,                Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  20-4278709

In re:

DRIH Corporation,                                    Chapter 11
a Delaware corporation,                              Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1497754

In re:

Duchess Coal Company,                                    Chapter 11
a West Virginia corporation,                             Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1725084

---

In re:

Eagle Energy, Inc.,                                      Chapter 11
a West Virginia corporation,                             Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  55-0751738

---

In re:

Elk Run Coal Company, Inc.,                              Chapter 11
a West Virginia corporation,                             Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1097978

---

In re:

Emerald Coal Resources, LP,                              Chapter 11
a Delaware limited partnership,                          Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  84-1521724

In re:

Enterprise Mining Company, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  38-3671602

Chapter 11
Case No. 15-_____ (___)

In re:

Esperanza Coal Co., LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  06-1652549

Chapter 11
Case No. 15-_____ (___)

In re:

Foundation Mining, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  20-3378168

Chapter 11
Case No. 15-_____ (___)

In re:

Foundation PA Coal Company, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  84-1521726

Chapter 11
Case No. 15-_____ (___)

In re:

Foundation Royalty Company,
a Delaware corporation,

          Debtor.

Tax ID No.:  84-1456627

Chapter 11
Case No. 15-_____ (____)

---

In re:

Freeport Mining, LLC,
a Delaware limited liability company,

          Debtor.

Tax ID No.:  84-1521725

Chapter 11
Case No. 15-_____ (____)

---

In re:

Freeport Resources Company, LLC,
a Delaware limited liability company,

          Debtor.

Tax ID No.:  84-1230391

Chapter 11
Case No. 15-_____ (____)

---

In re:

Goals Coal Company,
a West Virginia corporation,

          Debtor.

Tax ID No.:  55-0737462

Chapter 11
Case No. 15-_____ (____)

In re:

Gray Hawk Insurance Company,
a Kentucky corporation,

      Debtor.

Tax ID No.:  26-0483222

Chapter 11
Case No. 15-_____ (___)

---

In re:

Green Valley Coal Company,
a West Virginia corporation,

      Debtor.

Tax ID No.:  55-0747007

Chapter 11
Case No. 15-_____ (___)

---

In re:

Greyeagle Coal Company,
a Kentucky corporation,

      Debtor.

Tax ID No.:  55-0771551

Chapter 11
Case No. 15-_____ (___)

---

In re:

Harlan Reclamation Services LLC,
a Virginia limited liability company,

      Debtor.

Tax ID No.:  54-1914510

Chapter 11
Case No. 15-_____ (___)

In re:

Herndon Processing Company, LLC,                    Chapter 11
a West Virginia limited liability company,          Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  51-0442749

---

In re:

Highland Mining Company,                            Chapter 11
a West Virginia corporation,                        Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  55-0757301

---

In re:

Hopkins Creek Coal Company,                         Chapter 11
a Kentucky corporation,                             Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1136806

---

In re:

Independence Coal Company, Inc.,                    Chapter 11
a West Virginia corporation,                        Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1188773

In re:

Jacks Branch Coal Company,
a West Virginia corporation,

            Debtor.

Tax ID No.:  55-0734230

Chapter 11
Case No. 15-_____ (___)

In re:

Jay Creek Holding, LLC,
a Delaware limited liability company,

            Debtor.

Tax ID No.:  27-4593143

Chapter 11
Case No. 15-_____ (___)

In re:

Kanawha Energy Company,
a West Virginia corporation,

            Debtor.

Tax ID No.:  55-0765391

Chapter 11
Case No. 15-_____ (___)

In re:

Kepler Processing Company, LLC,
a West Virginia limited liability company,

            Debtor.

Tax ID No.:  51-0442560

Chapter 11
Case No. 15-_____ (___)

In re:

Kingston Mining, Inc.,
a West Virginia corporation,

             Debtor.

Tax ID No.:  31-1562659

Chapter 11
Case No. 15-_____ (___)

---

In re:

Kingwood Mining Company, LLC,
a Delaware limited liability company,

             Debtor.

Tax ID No.:  57-1148058

Chapter 11
Case No. 15-_____ (___)

---

In re:

Knox Creek Coal Corporation,
a Virginia corporation,

             Debtor.

Tax ID No.:  54-1393689

Chapter 11
Case No. 15-_____ (___)

---

In re:

Lauren Land Company,
a Kentucky corporation,

             Debtor.

Tax ID No.:  61-1209098

Chapter 11
Case No. 15-_____ (___)

In re:

Laxare, Inc.,
a West Virginia corporation,                      Chapter 11
                                                  Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  55-0486813

---

In re:

Litwar Processing Company, LLC,
a West Virginia limited liability company,        Chapter 11
                                                  Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  51-0442687

---

In re:

Logan County Mine Services, Inc.,
a West Virginia corporation,                      Chapter 11
                                                  Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  31-1708085

---

In re:

Long Fork Coal Company,
a Kentucky corporation,                           Chapter 11
                                                  Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  54-1605009

In re:

Lynn Branch Coal Company, Inc.,
a West Virginia corporation,

              Debtor.

Tax ID No.:  54-1537451

Chapter 11
Case No. 15-_____ (___)

In re:

Maple Meadow Mining Company,
a Delaware corporation,

              Debtor.

Tax ID No.:  55-0529664

Chapter 11
Case No. 15-_____ (___)

In re:

Marfork Coal Company, Inc.,
a West Virginia corporation,

              Debtor.

Tax ID No.:  55-0723539

Chapter 11
Case No. 15-_____ (___)

In re:

Martin County Coal Corporation,
a Kentucky corporation,

              Debtor.

Tax ID No.:  61-0702852

Chapter 11
Case No. 15-_____ (___)

In re:

Maxxim Rebuild Co., LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  01-0749355

Chapter 11
Case No. 15-_____ (___)

---

In re:

Maxxim Shared Services, LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  55-0814342

Chapter 11
Case No. 15-_____ (___)

---

In re:

Maxxum Carbon Resources, LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  55-0802477

Chapter 11
Case No. 15-_____ (___)

---

In re:

McDowell-Wyoming Coal Company, LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  54-2079104

Chapter 11
Case No. 15-_____ (___)

In re:

Mill Branch Coal Corporation,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-1817506

Chapter 11
Case No. 15-_____ (___)

In re:

New Ridge Mining Company,
a Kentucky corporation,

                    Debtor.

Tax ID No.:  61-1218677

Chapter 11
Case No. 15-_____ (___)

In re:

New River Energy Corporation,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  54-1225713

Chapter 11
Case No. 15-_____ (___)

In re:

Neweagle Industries, Inc.,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-1695751

Chapter 11
Case No. 15-_____ (___)

In re:

Nicewonder Contracting, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  20-0388143

Chapter 11
Case No. 15-_____ (___)

---

In re:

North Fork Coal Corporation,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-1679027

Chapter 11
Case No. 15-_____ (___)

---

In re:

Omar Mining Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0385010

Chapter 11
Case No. 15-_____ (___)

---

In re:

Paramont Coal Company Virginia, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  56-2298367

Chapter 11
Case No. 15-_____ (___)

In re:

Paynter Branch Mining, Inc.,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0746860

Chapter 11
Case No. 15-_____ (___)

---

In re:

Peerless Eagle Coal Co.,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0451306

Chapter 11
Case No. 15-_____ (___)

---

In re:

Pennsylvania Land Holdings Company, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  84-1452626

Chapter 11
Case No. 15-_____ (___)

---

In re:

Pennsylvania Land Resources, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  46-2854684

Chapter 11
Case No. 15-_____ (___)

In re:

Pennsylvania Land Resources Holding
Company, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  46-2855640

Chapter 11
Case No. 15-_____ (____)

In re:

Pennsylvania Services Corporation,
a West Virginia corporation,

               Debtor.

Tax ID No.:  93-1162601

Chapter 11
Case No. 15-_____ (____)

In re:

Performance Coal Company,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0736927

Chapter 11
Case No. 15-_____ (____)

In re:

Peter Cave Mining Company,
a Kentucky corporation,

               Debtor.

Tax ID No.:  61-1360315

Chapter 11
Case No. 15-_____ (____)

In re:

Pigeon Creek Processing Corporation,                    Chapter 11
a Virginia corporation,                                  Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  54-1900369

In re:

Pilgrim Mining Company, Inc.,                            Chapter 11
a Kentucky corporation,                                  Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  61-1246461

In re:

Pioneer Fuel Corporation,                                Chapter 11
a West Virginia corporation,                             Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  55-0545211

In re:

Plateau Mining Corporation,                              Chapter 11
a Delaware corporation,                                  Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  95-3761213

In re:

Power Mountain Coal Company,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  31-1567082

Chapter 11
Case No. 15-_____ (___)

---

In re:

Premium Energy, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  20-3562770

Chapter 11
Case No. 15-_____ (___)

---

In re:

Rawl Sales & Processing Co.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0476477

Chapter 11
Case No. 15-_____ (___)

---

In re:

Republic Energy, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0741015

Chapter 11
Case No. 15-_____ (___)

In re:

Resource Development LLC,
a Virginia limited liability company,

                Debtor.

Tax ID No.:  54-1882316

Chapter 11
Case No. 15-_____ (___)

In re:

Resource Land Company LLC,
a Virginia limited liability company,

                Debtor.

Tax ID No.:  54-1912100

Chapter 11
Case No. 15-_____ (___)

In re:

River Processing Corporation,
a Delaware corporation,

                Debtor.

Tax ID No.:  84-1199433

Chapter 11
Case No. 15-_____ (___)

In re:

Riverside Energy Company, LLC,
a West Virginia limited liability company,

                Debtor.

Tax ID No.:  51-0442691

Chapter 11
Case No. 15-_____ (___)

In re:

Riverton Coal Production Inc.,
a Delaware corporation,

                Debtor.

Tax ID No.:  55-0739658

Chapter 11
Case No. 15-_____ (___)

---

In re:

Road Fork Development Company, Inc.,
a Kentucky corporation,

                Debtor.

Tax ID No.:  54-1293743

Chapter 11
Case No. 15-_____ (___)

---

In re:

Robinson-Phillips Coal Company,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0386264

Chapter 11
Case No. 15-_____ (___)

---

In re:

Rockspring Development, Inc.,
a Delaware corporation,

                Debtor.

Tax ID No.:  31-1241956

Chapter 11
Case No. 15-_____ (___)

In re:

Rostraver Energy Company,
a Pennsylvania corporation,

                     Debtor.

Tax ID No.:  25-1418256

Chapter 11
Case No. 15-_____ (___)

In re:

Rum Creek Coal Sales, Inc.,
a West Virginia corporation,

                     Debtor.

Tax ID No.:  31-1181801

Chapter 11
Case No. 15-_____ (___)

In re:

Russell Fork Coal Company,
a West Virginia corporation,

                     Debtor.

Tax ID No.:  61-0394431

Chapter 11
Case No. 15-_____ (___)

In re:

Shannon-Pocahontas Coal Corporation,
a West Virginia corporation

                     Debtor.

Tax ID No.:  54-1132767

Chapter 11
Case No. 15-_____ (___)

In re:

Shannon-Pocahontas Mining Company,
a general partnership

              Debtor.

Tax ID No.:  55-0613879

Chapter 11
Case No. 15-_____ (___)

---

In re:

Sidney Coal Company, Inc.,
a Kentucky corporation,

              Debtor.

Tax ID No.:  54-1293752

Chapter 11
Case No. 15-_____ (___)

---

In re:

Spartan Mining Company,
a West Virginia corporation,

              Debtor.

Tax ID No.:  31-1571923

Chapter 11
Case No. 15-_____ (___)

---

In re:

Stirrat Coal Company,
a West Virginia corporation,

              Debtor.

Tax ID No.:  55-0728501

Chapter 11
Case No. 15-_____ (___)

In re:

Sycamore Fuels, Inc.,
a West Virginia corporation,

                Debtor.

Tax ID No.:  54-1527013

Chapter 11
Case No. 15-_____ (___)

---

In re:

T. C. H. Coal Co.,
a Kentucky corporation,

                Debtor.

Tax ID No.:  61-0723123

Chapter 11
Case No. 15-_____ (___)

---

In re:

Tennessee Consolidated Coal Company,
a Tennessee corporation,

                Debtor.

Tax ID No.:  62-6029380

Chapter 11
Case No. 15-_____ (___)

---

In re:

Thunder Mining Company II, Inc.,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0770782

Chapter 11
Case No. 15-_____ (___)

In re:

Trace Creek Coal Company,                    Chapter 11
a Pennsylvania corporation,                  Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  25-1418260

---

In re:

Twin Star Mining, Inc.,                      Chapter 11
a West Virginia corporation,                 Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  31-1265426

---

In re:

Wabash Mine Holding Company,                 Chapter 11
a Delaware corporation,                      Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  91-1897559

---

In re:

Warrick Holding Company,                     Chapter 11
a Delaware corporation,                      Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  91-1897557

In re:

West Kentucky Energy Company,
a Kentucky corporation,

                Debtor.

Tax ID No.:  27-0516756

Chapter 11
Case No. 15-_____ (___)

In re:

White Buck Coal Company,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0747028

Chapter 11
Case No. 15-_____ (___)

In re:

Williams Mountain Coal Company,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0729825

Chapter 11
Case No. 15-_____ (___)

In re:

Wyomac Coal Company, Inc.,
a West Virginia corporation,

                Debtor.

Tax ID No.:  55-0574144

Chapter 11
Case No. 15-_____ (___)

**MOTION OF THE DEBTORS, PURSUANT TO RULE 1015(b) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR AN ORDER
DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES**

Alpha Natural Resources, Inc. ("ANR") and certain of its direct and indirect

subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), respectfully

represent as follows:

**Background**

1.       On the date hereof (the "Petition Date"), the Debtors commenced their

reorganization cases by filing voluntary petitions for relief under chapter 11 of title 11 of the

United States Code (the "Bankruptcy Code").  The Debtors are authorized to continue to operate

their business and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.

2.       A comprehensive description of the Debtors' businesses and operations,

capital structure and the events leading to the commencement of these chapter 11 cases can be

found in the declarations of (a) Kevin S. Crutchfield, Chief Executive Officer and Chairman of

the Board of Directors of ANR, and (b) Philip J. Cavatoni, Executive Vice President and Chief

Financial and Strategy Officer of ANR in support of the Debtors' "first day" pleadings (together,

the "First Day Declarations"), which were filed contemporaneously herewith and which are

incorporated by reference.

**Jurisdiction**

3.       This Court has subject matter jurisdiction to consider this matter pursuant

to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

4.        Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and Rules 1015-1 and 9013-1 of the Local Rules for the Bankruptcy

Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"), the Debtors hereby

seek the entry of an order directing (a) the joint administration of the Debtors' chapter 11 cases

under the chapter 11 case of Debtor Alpha Natural Resources, Inc. and (b) parties in interest to

use a consolidated caption (the "Proposed Caption"), as set forth immediately below, to indicate

that any filed motion, application or other pleading relates to the jointly administered bankruptcy

cases of "Alpha Natural Resources, Inc., et al."

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., et al., | Case No. 15-_____ (___) |
| Debtors. | (Jointly Administered) |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

5.        The Debtors also request that the following notation (or a substantially

similar notation) be entered on the docket of each of the Debtors' cases *other than that of Alpha*

*Natural Resources, Inc.* to reflect the joint administration of these cases:

> An Order has been entered in this case in accordance with
> Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and
> Rule 1015-1 of the Local Rules for United States Bankruptcy
> Court for the Eastern District of Virginia directing the procedural
> consolidation and joint administration of the chapter 11 cases of:
> Alpha Natural Resources, Inc.; Alex Energy, Inc.; Alpha American

Coal Company, LLC; Alpha American Coal Holding, LLC; Alpha
Appalachia Holdings, Inc.; Alpha Appalachia Services, Inc.; Alpha
Coal Resources Company, LLC; Alpha Coal Sales Co., LLC;
Alpha Coal West, Inc.; Alpha European Sales, Inc.; Alpha India,
LLC; Alpha Land and Reserves, LLC; Alpha Midwest Holding
Company; Alpha Natural Resources, LLC; Alpha Natural
Resources International, LLC; Alpha Natural Resources Services,
LLC; Alpha PA Coal Terminal, LLC; Alpha Shipping and
Chartering, LLC; Alpha Sub Eight, LLC; Alpha Sub Eleven, Inc.;
Alpha Sub Nine, LLC; Alpha Sub One, LLC; Alpha Sub Ten, Inc.;
Alpha Sub Two, LLC; Alpha Terminal Company, LLC; Alpha
Wyoming Land Company, LLC; AMFIRE, LLC; AMFIRE
Holdings, LLC; AMFIRE Mining Company, LLC; Appalachia
Coal Sales Company, Inc.; Appalachia Holding Company;
Aracoma Coal Company, Inc.; Axiom Excavating and Grading
Services, LLC; Bandmill Coal Corporation; Bandytown Coal
Company; Barbara Holdings Inc.; Barnabus Land Company;
Belfry Coal Corporation; Big Bear Mining Company; Black Castle
Mining Company, Inc.; Black King Mine Development Co.; Black
Mountain Cumberland Resources, Inc.; Boone East Development
Co.; Brooks Run Mining Company, LLC; Brooks Run South
Mining, LLC; Buchanan Energy Company, LLC; Castle Gate
Holding Company; Clear Fork Coal Company; Coal Gas
Recovery II, LLC; Crystal Fuels Company; Cumberland Coal
Resources, LP; Dehue Coal Company; Delbarton Mining
Company; Delta Mine Holding Company; DFDSTE Corp.;
Dickenson-Russell Coal Company, LLC; Dickenson-Russell Land
and Reserves, LLC; DRIH Corporation; Duchess Coal Company;
Eagle Energy, Inc.; Elk Run Coal Company, Inc.; Emerald Coal
Resources, LP; Enterprise Mining Company, LLC; Esperanza Coal
Co., LLC; Foundation Mining, LLC; Foundation PA Coal
Company, LLC; Foundation Royalty Company; Freeport Mining,
LLC; Freeport Resources Company, LLC; Goals Coal Company;
Gray Hawk Insurance Company; Green Valley Coal Company;
Greyeagle Coal Company; Harlan Reclamation Services LLC;
Herndon Processing Company, LLC; Highland Mining Company;
Hopkins Creek Coal Company; Independence Coal Company, Inc.;
Jacks Branch Coal Company; Jay Creek Holding, LLC; Kanawha
Energy Company; Kepler Processing Company, LLC; Kingston
Mining, Inc.; Kingwood Mining Company, LLC; Knox Creek Coal
Corporation; Lauren Land Company; Laxare, Inc.; Litwar
Processing Company, LLC; Logan County Mine Services, Inc.;
Long Fork Coal Company; Lynn Branch Coal Company, Inc.;
Maple Meadow Mining Company; Marfork Coal Company, Inc.;
Martin County Coal Corporation; Maxxim Rebuild Co., LLC;
Maxxim Shared Services, LLC; Maxxum Carbon Resources, LLC;

McDowell-Wyoming Coal Company, LLC; Mill Branch Coal Corporation; New Ridge Mining Company; New River Energy Corporation; Neweagle Industries, Inc.; Nicewonder Contracting, Inc.; North Fork Coal Corporation; Omar Mining Company; Paramont Coal Company Virginia, LLC; Paynter Branch Mining, Inc.; Peerless Eagle Coal Co.; Pennsylvania Land Holdings Company, LLC; Pennsylvania Land Resources, LLC; Pennsylvania Land Resources Holding Company, LLC; Pennsylvania Services Corporation; Performance Coal Company; Peter Cave Mining Company; Pigeon Creek Processing Corporation; Pilgrim Mining Company, Inc.; Pioneer Fuel Corporation; Plateau Mining Corporation; Power Mountain Coal Company; Premium Energy, LLC; Rawl Sales & Processing Co.; Republic Energy, Inc.; Resource Development LLC; Resource Land Company LLC; River Processing Corporation; Riverside Energy Company, LLC; Riverton Coal Production Inc.; Road Fork Development Company, Inc.; Robinson-Phillips Coal Company; Rockspring Development, Inc.; Rostraver Energy Company; Rum Creek Coal Sales, Inc.; Russell Fork Coal Company; Shannon-Pocahontas Coal Corporation; Shannon-Pocahontas Mining Company; Sidney Coal Company, Inc.; Spartan Mining Company; Stirrat Coal Company; Sycamore Fuels, Inc.; T. C. H. Coal Co.; Tennessee Consolidated Coal Company; Thunder Mining Company II, Inc.; Trace Creek Coal Company; Twin Star Mining, Inc.; Wabash Mine Holding Company; Warrick Holding Company; West Kentucky Energy Company; White Buck Coal Company; Williams Mountain Coal Company; Wyomac Coal Company, Inc. The docket in the chapter 11 case of Alpha Natural Resources, Inc., Case No. 15-_____ (___), should be consulted for all matters affecting this case.

6.      The Debtors further request that, due to the large number of Debtors proposed to be jointly administered, the Court waive the requirements set forth at section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor.

7.      The Debtors further request that the Court:  (a) authorize the Debtors to utilize a combined service list for the jointly administered cases; and (b) authorize combined notices be sent to creditors of the Debtors' estates and other parties-in-interest, as applicable.

Consistent with the foregoing, the Debtors also seek authority to file the monthly operating

reports required by the *Operating Guidelines and Reporting Requirements for Debtors in*

*Possession and Trustees* (the "Guidelines") promulgated by the Office of the United States

Trustee for the Eastern District of Virginia (the "U.S. Trustee") on a consolidated basis.

Nevertheless, the Debtors will maintain separate disbursement reports.

### Argument

8.      Bankruptcy Rule 1015(b) provides that "[i]f…two or more petitions are

pending in the same court by or against…a debtor and an affiliate, the court may order a joint

administration of the estates."  The Debtors are "affiliates" as that term is defined under

section 101(2) of the Bankruptcy Code because ANR wholly owns each of the other Debtors,

either directly or indirectly.  Accordingly, this Court is authorized to grant the relief requested

herein.

9.      Local Bankruptcy Rule 1015-1 further provides additional authority for

the Court to order joint administration of these cases:

> In all joint petitions filed with the Court, the case will be administered
> through joint administration of the estates unless the trustee or other
> interested party files an objection to joint administration within 14 days
> after the meeting of creditors and gives notice of a hearing date on such
> objection.

10.      Joint administration is generally noncontroversial, and courts in this

district routinely order joint administration in cases with multiple related debtors.  See, e.g.,

In re Morris | Schneider | Wittstadt Va., PLLC, No. 15-33370 (KLP) (Bankr. E.D. Va.

July 14, 2015); In re Health Diagnostic Lab., Inc., No. 15-32919 (KRH) (Bankr. E.D. Va.

June 9, 2015); In re Patriot Coal Corp., No. 15-32450 (KLP) (Bankr. E.D. Va. May 13, 2015);

In re AMF Bowling Worldwide, Inc., No. 12-36495 (KRH) (Bankr. E.D. Va. Nov. 14, 2012);

In re James River Coal Co., No. 14-31848 (KRH) (Bankr. E.D. Va. Apr. 10, 2014); In re Movie

Gallery, Inc., No. 10-30696 (KLP) (Bankr. E.D. Va. Feb. 3, 2010); In re Canal Corp.

(f/k/a Chesapeake Corp.), No. 08-36642 (DOT) (Bankr. E.D. Va. Dec. 30, 2008);

In re LandAmerica Fin. Group, Inc., No. 08-35994 (KRH) (Bankr. E.D. Va. Nov. 28, 2008);

In re Circuit City Stores, Inc., No. 08-35653 (KRH) (Bankr. E.D. Va. Nov. 10, 2008).

11.     The joint administration of the Debtors' chapter 11 cases will permit the

Clerk of the Court to utilize a single general docket for these cases and combine notices to

creditors of the Debtors' respective estates and other parties in interest.  Joint administration of

the Debtors' cases will have a number of benefits, including elimination of the need for

duplicative notices, motions, applications and orders, thereby saving time and expense that

otherwise would be required to administer individual cases.  In addition, joint administration will

render the completion of various administrative tasks less costly and minimize the number of

unnecessary delays associated with the administration of 150 separate chapter 11 cases.

12.     The rights of creditors will not be adversely affected because this Motion

requests only administrative, and not substantive, consolidation of the Debtors' estates.  In fact,

creditors will benefit from the reduced costs that will result from the joint administration of these

cases.  Finally, joint administration will simplify supervision of the administrative aspects of

these chapter 11 cases by the U.S. Trustee — a task that would pose unnecessary burdens absent

joint administration.

13.     Furthermore, waiver of the requirements of section 342(c)(1) of the

Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) to include the Debtors' full tax

identification numbers in the caption of pleadings filed by the Debtors and notices sent to

creditors is appropriate where this information is available on all of the Debtors' chapter 11

petitions.  Waiver of this requirement is purely procedural in nature and will ease the

administrative burdens on the Debtors.

14.    Finally, filing the monthly operating reports required by the Guidelines

promulgated by the U.S. Trustee on a consolidated basis will promote administrative economy

and efficiency without prejudice to any party in interest.  The Debtors submit that the reports

would accurately reflect the Debtors' consolidated business operations and financial affairs.

Joint administration of the Debtors' cases is, thus, appropriate here.

### Waiver of Separate Memorandum of Points and Authorities

15.    The Debtors respectfully request that the Court regard any argument and

citations set forth herein as a written memorandum of facts, reasons and authorities that has been

combined with the relief requested herein, as permitted by Local Bankruptcy Rule 9013-1(G)(1).

Alternatively, the Debtors respectfully request that the Court waive any requirement set forth in

Local Bankruptcy Rule 9013-1(G)(1) that this Motion be accompanied by such a written

memorandum.

### Notice

16.    Notice of this Motion has been given to:  (a) the Office of the United

States Trustee for the Eastern District of Virginia; (b) Davis Polk & Wardwell LLP and

McGuireWoods LLP, as co-counsel to Citibank, N.A., as administrative and collateral agent

under the proposed postpetition credit facility, and Citicorp North America, Inc., as

administrative and collateral agent under the Debtors' prepetition secured credit facility;

(c) Kirkland & Ellis LLP, as counsel to the Second Lien Noteholder Group; (d) the indenture

trustees for the Debtors' secured and unsecured notes (and counsel, where known); (e) counsel to

General Electric Credit Corporation, as administrative agent under the Debtors' prepetition

secured accounts receivable facility; (f) the creditors holding the 50 largest unsecured claims

against the Debtors' estates on a consolidated basis; (g) the United Mine Workers of America;

and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002 as of the time of

service.  In light of the nature of the relief requested, the Debtors submit that no further notice is

necessary.

### No Prior Request

17.    No prior request for the relief sought in this Motion has been made to this

or any other Court in connection with these chapter 11 cases.

*[Remainder of the page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter an order in each of the above-captioned cases substantially in the form attached hereto as Exhibit A, granting the relief requested herein; and (ii) grant such other and further relief to the Debtors as the Court may deem proper.

Dated: August 3, 2015
      Richmond, Virginia

Respectfully submitted,

  /s/    Tyler P. Brown

Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:    (804) 788-8218

David G. Heiman (*pro hac vice* pending)
Carl E. Black (*pro hac vice* pending)
Thomas A. Wilson (*pro hac vice* pending)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# **EXHIBIT A**

Proposed Order

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (*pro hac vice* pending)
Carl E. Black (*pro hac vice* pending)
Thomas A. Wilson (*pro hac vice* pending)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Proposed Attorneys for Debtors
and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Alpha Natural Resources, Inc.,<br>a Delaware corporation,<br><br>        Debtor.<br><br>Tax ID No.:  42-1638663 | Chapter 11<br>Case No. 15-_____ (___) |
| In re:<br><br>Alex Energy, Inc.,<br>a West Virginia corporation,<br><br>        Debtor.<br><br>Tax ID No.:  55-0755384 | Chapter 11<br>Case No. 15-_____ (___) |

In re:

Alpha American Coal Company, LLC,
a Delaware limited liability company,

              Debtor.

Tax ID No.:  54-1947356

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha American Coal Holding, LLC,
a Delaware limited liability company,

              Debtor.

Tax ID No.:  13-2793319

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Appalachia Holdings, Inc.,
a Delaware corporation,

              Debtor.

Tax ID No.:  95-0740960

Chapter 11
Case No. 15-_____ (___)

---

In re:

Alpha Appalachia Services, Inc.,
a West Virginia corporation,

              Debtor.

Tax ID No.:  54-1095096

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Coal Resources Company, LLC,                    Chapter 11
a Delaware limited liability company,                 Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  84-1341308

In re:

Alpha Coal Sales Co., LLC,                            Chapter 11
a Delaware limited liability company,                 Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  16-1641207

In re:

Alpha Coal West, Inc.,                                Chapter 11
a Delaware corporation,                               Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  35-1867616

In re:

Alpha European Sales, Inc.,                           Chapter 11
a Virginia corporation,                               Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  54-1834161

In re:

Alpha India, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  27-4593320

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Land and Reserves, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  57-1136960

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Midwest Holding Company,
a Delaware corporation,

                Debtor.

Tax ID No.:  84-1456626

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Natural Resources, LLC,
a Delaware limited liability company,

                Debtor.

Tax ID No.:  56-2298262

Chapter 11
Case No. 15-_____ (___)

In re:

Alpha Natural Resources International, LLC,                    Chapter 11
a Delaware limited liability company,                          Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  27-4592266

In re:

Alpha Natural Resources Services, LLC,                        Chapter 11
a Delaware limited liability company,                         Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  27-0075099

In re:

Alpha PA Coal Terminal, LLC,                                  Chapter 11
a Delaware limited liability company,                         Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  26-1102515

In re:

Alpha Shipping and Chartering, LLC,                           Chapter 11
a Delaware limited liability company,                         Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  41-2136215

In re:

Alpha Sub Eight, LLC,                             Chapter 11
a Delaware limited liability company,             Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  47-3587689

---

In re:

Alpha Sub Eleven, Inc.,                           Chapter 11
a Delaware corporation,                           Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  47-3640130

---

In re:

Alpha Sub Nine, LLC,                              Chapter 11
a Delaware limited liability company,             Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  47-3601607

---

In re:

Alpha Sub One, LLC,                               Chapter 11
a Delaware limited liability company,             Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  27-4592410

In re:

Alpha Sub Ten, Inc.,                                Chapter 11
a Delaware corporation,                             Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  47-3626036

In re:

Alpha Sub Two, LLC,                                 Chapter 11
a Delaware limited liability company,               Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  27-4592527

In re:

Alpha Terminal Company, LLC,                        Chapter 11
a Delaware limited liability company,               Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  55-0802473

In re:

Alpha Wyoming Land Company, LLC,                    Chapter 11
a Delaware limited liability company,               Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  35-1661756

In re:

AMFIRE, LLC,
a Delaware limited liability company,

            Debtor.

Tax ID No.:  51-0430939

Chapter 11
Case No. 15-_____ (___)

---

In re:

AMFIRE Holdings, LLC,
a Delaware limited liability company,

            Debtor.

Tax ID No.:  11-3673814

Chapter 11
Case No. 15-_____ (___)

---

In re:

AMFIRE Mining Company, LLC,
a Delaware limited liability company,

            Debtor.

Tax ID No.:  11-3673833

Chapter 11
Case No. 15-_____ (___)

---

In re:

Appalachia Coal Sales Company, Inc.,
a Virginia corporation,

            Debtor.

Tax ID No.:  54-1188775

Chapter 11
Case No. 15-_____ (___)

In re:

Appalachia Holding Company,
a Virginia corporation,

                    Debtor.

Tax ID No.:  54-0295165

Chapter 11
Case No. 15-_____ (___)

---

In re:

Aracoma Coal Company, Inc.,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  52-1669141

Chapter 11
Case No. 15-_____ (___)

---

In re:

Axiom Excavating and Grading Services, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.:  20-8109122

Chapter 11
Case No. 15-_____ (___)

---

In re:

Bandmill Coal Corporation,
a West Virginia corporation,

                    Debtor.

Tax ID No.:  55-0758310

Chapter 11
Case No. 15-_____ (___)

In re:

Bandytown Coal Company,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0751776

Chapter 11
Case No. 15-_____ (___)

---

In re:

Barbara Holdings Inc.,
a Delaware corporation,

               Debtor.

Tax ID No.:  25-1292326

Chapter 11
Case No. 15-_____ (___)

---

In re:

Barnabus Land Company,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0728645

Chapter 11
Case No. 15-_____ (___)

---

In re:

Belfry Coal Corporation,
a West Virginia corporation,

               Debtor.

Tax ID No.:  61-0415137

Chapter 11
Case No. 15-_____ (___)

In re:

Big Bear Mining Company,
a West Virginia corporation,

             Debtor.

Tax ID No.:  22-2138933

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black Castle Mining Company, Inc.,
a West Virginia corporation,

             Debtor.

Tax ID No.:  52-1891104

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black King Mine Development Co.,
a West Virginia corporation,

             Debtor.

Tax ID No.:  54-1188659

Chapter 11
Case No. 15-_____ (___)

---

In re:

Black Mountain Cumberland Resources, Inc.,
a Virginia corporation,

             Debtor.

Tax ID No.:  27-2323540

Chapter 11
Case No. 15-_____ (___)

In re:

Boone East Development Co.,
a West Virginia corporation,

                    Debtor.

Tax ID No.: 55-0717715

Chapter 11
Case No. 15-_____ (___)

---

In re:

Brooks Run Mining Company, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.: 52-2070922

Chapter 11
Case No. 15-_____ (___)

---

In re:

Brooks Run South Mining, LLC,
a Delaware limited liability company,

                    Debtor.

Tax ID No.: 26-0342580

Chapter 11
Case No. 15-_____ (___)

---

In re:

Buchanan Energy Company, LLC,
a Virginia limited liability company,

                    Debtor.

Tax ID No.: 54-0983234

Chapter 11
Case No. 15-_____ (___)

In re:

Castle Gate Holding Company,                    Chapter 11
a Delaware corporation,                          Case No. 15-_____ (___)

                       Debtor.

Tax ID No.:  84-1456620

In re:

Clear Fork Coal Company,                         Chapter 11
a West Virginia corporation,                     Case No. 15-_____ (___)

                       Debtor.

Tax ID No.:  55-0757300

In re:

Coal Gas Recovery II, LLC,                       Chapter 11
a Delaware limited liability company,            Case No. 15-_____ (___)

                       Debtor.

Tax ID No.:  46-2855899

In re:

Crystal Fuels Company,                           Chapter 11
a West Virginia corporation,                     Case No. 15-_____ (___)

                       Debtor.

Tax ID No.:  55-0732366

In re:

Cumberland Coal Resources, LP,                          Chapter 11
a Delaware limited partnership,                         Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  84-1521723

In re:

Dehue Coal Company,                                      Chapter 11
a West Virginia corporation,                            Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  55-0619956

In re:

Delbarton Mining Company,                               Chapter 11
a West Virginia corporation,                            Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  55-0764304

In re:

Delta Mine Holding Company,                             Chapter 11
a Delaware corporation,                                 Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  91-1897558

In re:

DFDSTE Corp.,
a Delaware corporation,

                   Debtor.

Tax ID No.:  84-1199429

Chapter 11
Case No. 15-_____ (___)

---

In re:

Dickenson-Russell Coal Company, LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  54-2079085

Chapter 11
Case No. 15-_____ (___)

---

In re:

Dickenson-Russell Land and Reserves, LLC,
a Delaware limited liability company,

                   Debtor.

Tax ID No.:  20-4278709

Chapter 11
Case No. 15-_____ (___)

---

In re:

DRIH Corporation,
a Delaware corporation,

                   Debtor.

Tax ID No.:  54-1497754

Chapter 11
Case No. 15-_____ (___)

In re:

Duchess Coal Company,                           Chapter 11
a West Virginia corporation,                    Case No. 15-_____ (___)

                         Debtor.

Tax ID No.:  54-1725084

---

In re:

Eagle Energy, Inc.,                             Chapter 11
a West Virginia corporation,                    Case No. 15-_____ (___)

                         Debtor.

Tax ID No.:  55-0751738

---

In re:

Elk Run Coal Company, Inc.,                     Chapter 11
a West Virginia corporation,                    Case No. 15-_____ (___)

                         Debtor.

Tax ID No.:  54-1097978

---

In re:

Emerald Coal Resources, LP,                     Chapter 11
a Delaware limited partnership,                 Case No. 15-_____ (___)

                         Debtor.

Tax ID No.:  84-1521724

In re:

Enterprise Mining Company, LLC,                          Chapter 11
a Delaware limited liability company,                    Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  38-3671602

In re:

Esperanza Coal Co., LLC,                                 Chapter 11
a Delaware limited liability company,                    Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  06-1652549

In re:

Foundation Mining, LLC,                                  Chapter 11
a Delaware limited liability company,                    Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  20-3378168

In re:

Foundation PA Coal Company, LLC,                         Chapter 11
a Delaware limited liability company,                    Case No. 15-_____ (___)

                          Debtor.

Tax ID No.:  84-1521726

In re:

Foundation Royalty Company,                          Chapter 11
a Delaware corporation,                              Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  84-1456627

---

In re:

Freeport Mining, LLC,                                Chapter 11
a Delaware limited liability company,                Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  84-1521725

---

In re:

Freeport Resources Company, LLC,                     Chapter 11
a Delaware limited liability company,                Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  84-1230391

---

In re:

Goals Coal Company,                                  Chapter 11
a West Virginia corporation,                         Case No. 15-_____ (___)

                              Debtor.

Tax ID No.:  55-0737462

In re:

Gray Hawk Insurance Company,                    Chapter 11
a Kentucky corporation,                         Case No. 15-_____ (___)

                Debtor.

Tax ID No.:  26-0483222

In re:

Green Valley Coal Company,                      Chapter 11
a West Virginia corporation,                    Case No. 15-_____ (___)

                Debtor.

Tax ID No.:  55-0747007

In re:

Greyeagle Coal Company,                         Chapter 11
a Kentucky corporation,                         Case No. 15-_____ (___)

                Debtor.

Tax ID No.:  55-0771551

In re:

Harlan Reclamation Services LLC,                Chapter 11
a Virginia limited liability company,           Case No. 15-_____ (___)

                Debtor.

Tax ID No.:  54-1914510

In re:

Herndon Processing Company, LLC,
a West Virginia limited liability company,

               Debtor.

Tax ID No.: 51-0442749

Chapter 11
Case No. 15-_____ (___)

In re:

Highland Mining Company,
a West Virginia corporation,

               Debtor.

Tax ID No.: 55-0757301

Chapter 11
Case No. 15-_____ (___)

In re:

Hopkins Creek Coal Company,
a Kentucky corporation,

               Debtor.

Tax ID No.: 54-1136806

Chapter 11
Case No. 15-_____ (___)

In re:

Independence Coal Company, Inc.,
a West Virginia corporation,

               Debtor.

Tax ID No.: 54-1188773

Chapter 11
Case No. 15-_____ (___)

In re:

Jacks Branch Coal Company,
a West Virginia corporation,

      Debtor.

Tax ID No.:  55-0734230

Chapter 11
Case No. 15-_____ (____)

In re:

Jay Creek Holding, LLC,
a Delaware limited liability company,

      Debtor.

Tax ID No.:  27-4593143

Chapter 11
Case No. 15-_____ (____)

In re:

Kanawha Energy Company,
a West Virginia corporation,

      Debtor.

Tax ID No.:  55-0765391

Chapter 11
Case No. 15-_____ (____)

In re:

Kepler Processing Company, LLC,
a West Virginia limited liability company,

      Debtor.

Tax ID No.:  51-0442560

Chapter 11
Case No. 15-_____ (____)

In re:

Kingston Mining, Inc.,                                    Chapter 11
a West Virginia corporation,                             Case No. 15-_____ (___)

                          Debtor.

Tax ID No.: 31-1562659

---

In re:

Kingwood Mining Company, LLC,                           Chapter 11
a Delaware limited liability company,                   Case No. 15-_____ (___)

                          Debtor.

Tax ID No.: 57-1148058

---

In re:

Knox Creek Coal Corporation,                            Chapter 11
a Virginia corporation,                                 Case No. 15-_____ (___)

                          Debtor.

Tax ID No.: 54-1393689

---

In re:

Lauren Land Company,                                    Chapter 11
a Kentucky corporation,                                 Case No. 15-_____ (___)

                          Debtor.

Tax ID No.: 61-1209098

In re:

Laxare, Inc.,
a West Virginia corporation,

       Debtor.

Tax ID No.:  55-0486813

Chapter 11
Case No. 15-_____ (___)

In re:

Litwar Processing Company, LLC,
a West Virginia limited liability company,

       Debtor.

Tax ID No.:  51-0442687

Chapter 11
Case No. 15-_____ (___)

In re:

Logan County Mine Services, Inc.,
a West Virginia corporation,

       Debtor.

Tax ID No.:  31-1708085

Chapter 11
Case No. 15-_____ (___)

In re:

Long Fork Coal Company,
a Kentucky corporation,

       Debtor.

Tax ID No.:  54-1605009

Chapter 11
Case No. 15-_____ (___)

In re:

Lynn Branch Coal Company, Inc.,
a West Virginia corporation,

            Debtor.

Tax ID No.:  54-1537451

Chapter 11
Case No. 15-_____ (___)

---

In re:

Maple Meadow Mining Company,
a Delaware corporation,

            Debtor.

Tax ID No.:  55-0529664

Chapter 11
Case No. 15-_____ (___)

---

In re:

Marfork Coal Company, Inc.,
a West Virginia corporation,

            Debtor.

Tax ID No.:  55-0723539

Chapter 11
Case No. 15-_____ (___)

---

In re:

Martin County Coal Corporation,
a Kentucky corporation,

            Debtor.

Tax ID No.:  61-0702852

Chapter 11
Case No. 15-_____ (___)

In re:

Maxxim Rebuild Co., LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  01-0749355

Chapter 11
Case No. 15-_____ (___)

In re:

Maxxim Shared Services, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  55-0814342

Chapter 11
Case No. 15-_____ (___)

In re:

Maxxum Carbon Resources, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  55-0802477

Chapter 11
Case No. 15-_____ (___)

In re:

McDowell-Wyoming Coal Company, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  54-2079104

Chapter 11
Case No. 15-_____ (___)

In re:

Mill Branch Coal Corporation,
a Virginia corporation,

                               Debtor.

Tax ID No.:  54-1817506

Chapter 11
Case No. 15-_____ (___)

In re:

New Ridge Mining Company,
a Kentucky corporation,

                               Debtor.

Tax ID No.:  61-1218677

Chapter 11
Case No. 15-_____ (___)

In re:

New River Energy Corporation,
a West Virginia corporation,

                               Debtor.

Tax ID No.:  54-1225713

Chapter 11
Case No. 15-_____ (___)

In re:

Neweagle Industries, Inc.,
a Virginia corporation,

                               Debtor.

Tax ID No.:  54-1695751

Chapter 11
Case No. 15-_____ (___)

In re:

Nicewonder Contracting, Inc.,
a West Virginia corporation,

               Debtor.

Tax ID No.:  20-0388143

Chapter 11
Case No. 15-_____ (___)

---

In re:

North Fork Coal Corporation,
a Virginia corporation,

               Debtor.

Tax ID No.:  54-1679027

Chapter 11
Case No. 15-_____ (___)

---

In re:

Omar Mining Company,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0385010

Chapter 11
Case No. 15-_____ (___)

---

In re:

Paramont Coal Company Virginia, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  56-2298367

Chapter 11
Case No. 15-_____ (___)

In re:

Paynter Branch Mining, Inc.,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0746860

Chapter 11
Case No. 15-_____ (___)

In re:

Peerless Eagle Coal Co.,
a West Virginia corporation,

               Debtor.

Tax ID No.:  55-0451306

Chapter 11
Case No. 15-_____ (___)

In re:

Pennsylvania Land Holdings Company, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  84-1452626

Chapter 11
Case No. 15-_____ (___)

In re:

Pennsylvania Land Resources, LLC,
a Delaware limited liability company,

               Debtor.

Tax ID No.:  46-2854684

Chapter 11
Case No. 15-_____ (___)

In re:

Pennsylvania Land Resources Holding
Company, LLC,
a Delaware limited liability company,

     Debtor.

Tax ID No.:  46-2855640

Chapter 11
Case No. 15-_____ (___)

In re:

Pennsylvania Services Corporation,
a West Virginia corporation,

     Debtor.

Tax ID No.:  93-1162601

Chapter 11
Case No. 15-_____ (___)

In re:

Performance Coal Company,
a West Virginia corporation,

     Debtor.

Tax ID No.:  55-0736927

Chapter 11
Case No. 15-_____ (___)

In re:

Peter Cave Mining Company,
a Kentucky corporation,

     Debtor.

Tax ID No.:  61-1360315

Chapter 11
Case No. 15-_____ (___)

In re:

Pigeon Creek Processing Corporation,                    Chapter 11
a Virginia corporation,                                 Case No. 15-_____ (___)

    Debtor.

Tax ID No.:  54-1900369

---

In re:

Pilgrim Mining Company, Inc.,                           Chapter 11
a Kentucky corporation,                                 Case No. 15-_____ (___)

    Debtor.

Tax ID No.:  61-1246461

---

In re:

Pioneer Fuel Corporation,                               Chapter 11
a West Virginia corporation,                            Case No. 15-_____ (___)

    Debtor.

Tax ID No.:  55-0545211

---

In re:

Plateau Mining Corporation,                             Chapter 11
a Delaware corporation,                                 Case No. 15-_____ (___)

    Debtor.

Tax ID No.:  95-3761213

In re:

Power Mountain Coal Company,
a West Virginia corporation,

        Debtor.

Tax ID No.:  31-1567082

Chapter 11
Case No. 15-_____ (___)

---

In re:

Premium Energy, LLC,
a Delaware limited liability company,

        Debtor.

Tax ID No.:  20-3562770

Chapter 11
Case No. 15-_____ (___)

---

In re:

Rawl Sales & Processing Co.,
a West Virginia corporation,

        Debtor.

Tax ID No.:  55-0476477

Chapter 11
Case No. 15-_____ (___)

---

In re:

Republic Energy, Inc.,
a West Virginia corporation,

        Debtor.

Tax ID No.:  55-0741015

Chapter 11
Case No. 15-_____ (___)

In re:

Resource Development LLC,
a Virginia limited liability company,

          Debtor.

Tax ID No.:  54-1882316

Chapter 11
Case No. 15-_____ (___)

---

In re:

Resource Land Company LLC,
a Virginia limited liability company,

          Debtor.

Tax ID No.:  54-1912100

Chapter 11
Case No. 15-_____ (___)

---

In re:

River Processing Corporation,
a Delaware corporation,

          Debtor.

Tax ID No.:  84-1199433

Chapter 11
Case No. 15-_____ (___)

---

In re:

Riverside Energy Company, LLC,
a West Virginia limited liability company,

          Debtor.

Tax ID No.:  51-0442691

Chapter 11
Case No. 15-_____ (___)

In re:

Riverton Coal Production Inc.,                    Chapter 11
a Delaware corporation,                            Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  55-0739658

In re:

Road Fork Development Company, Inc.,              Chapter 11
a Kentucky corporation,                            Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  54-1293743

In re:

Robinson-Phillips Coal Company,                   Chapter 11
a West Virginia corporation,                       Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  55-0386264

In re:

Rockspring Development, Inc.,                      Chapter 11
a Delaware corporation,                            Case No. 15-_____ (___)

                    Debtor.

Tax ID No.:  31-1241956

In re:

Rostraver Energy Company,                           Chapter 11
a Pennsylvania corporation,                         Case No. 15-_____ (___)

        Debtor.

Tax ID No.:  25-1418256

---

In re:

Rum Creek Coal Sales, Inc.,                         Chapter 11
a West Virginia corporation,                        Case No. 15-_____ (___)

        Debtor.

Tax ID No.:  31-1181801

---

In re:

Russell Fork Coal Company,                          Chapter 11
a West Virginia corporation,                        Case No. 15-_____ (___)

        Debtor.

Tax ID No.:  61-0394431

---

In re:

Shannon-Pocahontas Coal Corporation,                Chapter 11
a West Virginia corporation                         Case No. 15-_____ (___)

        Debtor.

Tax ID No.:  54-1132767

In re:

Shannon-Pocahontas Mining Company,
a general partnership

                             Debtor.

Tax ID No.: 55-0613879

Chapter 11
Case No. 15-_____ (___)

---

In re:

Sidney Coal Company, Inc.,
a Kentucky corporation,

                             Debtor.

Tax ID No.: 54-1293752

Chapter 11
Case No. 15-_____ (___)

---

In re:

Spartan Mining Company,
a West Virginia corporation,

                             Debtor.

Tax ID No.: 31-1571923

Chapter 11
Case No. 15-_____ (___)

---

In re:

Stirrat Coal Company,
a West Virginia corporation,

                             Debtor.

Tax ID No.: 55-0728501

Chapter 11
Case No. 15-_____ (___)

In re:

Sycamore Fuels, Inc.,
a West Virginia corporation,                    Chapter 11
                                                Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  54-1527013

---

In re:

T. C. H. Coal Co.,
a Kentucky corporation,                         Chapter 11
                                                Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  61-0723123

---

In re:

Tennessee Consolidated Coal Company,            Chapter 11
a Tennessee corporation,                        Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  62-6029380

---

In re:

Thunder Mining Company II, Inc.,                Chapter 11
a West Virginia corporation,                    Case No. 15-_____ (___)

                        Debtor.

Tax ID No.:  55-0770782

In re:

Trace Creek Coal Company,
a Pennsylvania corporation,

               Debtor.

Tax ID No.: 25-1418260

Chapter 11
Case No. 15-_____ (___)

---

In re:

Twin Star Mining, Inc.,
a West Virginia corporation,

               Debtor.

Tax ID No.: 31-1265426

Chapter 11
Case No. 15-_____ (___)

---

In re:

Wabash Mine Holding Company,
a Delaware corporation,

               Debtor.

Tax ID No.: 91-1897559

Chapter 11
Case No. 15-_____ (___)

---

In re:

Warrick Holding Company,
a Delaware corporation,

               Debtor.

Tax ID No.: 91-1897557

Chapter 11
Case No. 15-_____ (___)

In re:

West Kentucky Energy Company,
a Kentucky corporation,

                  Debtor.

Tax ID No.:  27-0516756

Chapter 11
Case No. 15-_____ (___)

In re:

White Buck Coal Company,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0747028

Chapter 11
Case No. 15-_____ (___)

In re:

Williams Mountain Coal Company,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0729825

Chapter 11
Case No. 15-_____ (___)

In re:

Wyomac Coal Company, Inc.,
a West Virginia corporation,

                  Debtor.

Tax ID No.:  55-0574144

Chapter 11
Case No. 15-_____ (___)

## ORDER, PURSUANT TO RULE 1015(b) OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING
## JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession, Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for an Order Directing the Joint Administration of their Chapter 11 Cases (the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declarations and having considered the statements of counsel with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and the First Day Declarations and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The 150 above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.  One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United Stated Bankruptcy Court for Eastern District of Virginia with the assistance of the claims and noticing agent retained by the Debtors in these chapter 11 cases, which shall be the file and docket for the chapter 11 case of Alpha Natural Resources, Inc., Case Number 15- ____ (___).

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned chapter 11 cases.

4.      The caption of the jointly administered chapter 11 cases (the "Caption") shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., et al., | Case No. 15-_____ (___) |
| Debtors. | (Jointly Administered) |

5.      The requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor are hereby waived.

6.      A notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases other than Alpha Natural Resources, Inc. to reflect the joint administration of these cases:

An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules for United States Bankruptcy Court for the Eastern District of Virginia directing the procedural consolidation and joint administration of the chapter 11 cases of: Alpha Natural Resources, Inc.; Alex Energy, Inc.; Alpha American Coal Company, LLC; Alpha American Coal Holding, LLC; Alpha Appalachia Holdings, Inc.; Alpha Appalachia Services, Inc.; Alpha Coal Resources Company, LLC; Alpha Coal Sales Co., LLC; Alpha Coal West, Inc.; Alpha European Sales, Inc.; Alpha India,

LLC; Alpha Land and Reserves, LLC; Alpha Midwest Holding Company; Alpha Natural Resources, LLC; Alpha Natural Resources International, LLC; Alpha Natural Resources Services, LLC; Alpha PA Coal Terminal, LLC; Alpha Shipping and Chartering, LLC; Alpha Sub Eight, LLC; Alpha Sub Eleven, Inc.; Alpha Sub Nine, LLC; Alpha Sub One, LLC; Alpha Sub Ten, Inc.; Alpha Sub Two, LLC; Alpha Terminal Company, LLC; Alpha Wyoming Land Company, LLC; AMFIRE, LLC; AMFIRE Holdings, LLC; AMFIRE Mining Company, LLC; Appalachia Coal Sales Company, Inc.; Appalachia Holding Company; Aracoma Coal Company, Inc.; Axiom Excavating and Grading Services, LLC; Bandmill Coal Corporation; Bandytown Coal Company; Barbara Holdings Inc.; Barnabus Land Company; Belfry Coal Corporation; Big Bear Mining Company; Black Castle Mining Company, Inc.; Black King Mine Development Co.; Black Mountain Cumberland Resources, Inc.; Boone East Development Co.; Brooks Run Mining Company, LLC; Brooks Run South Mining, LLC; Buchanan Energy Company, LLC; Castle Gate Holding Company; Clear Fork Coal Company; Coal Gas Recovery II, LLC; Crystal Fuels Company; Cumberland Coal Resources, LP; Dehue Coal Company; Delbarton Mining Company; Delta Mine Holding Company; DFDSTE Corp.; Dickenson-Russell Coal Company, LLC; Dickenson-Russell Land and Reserves, LLC; DRIH Corporation; Duchess Coal Company; Eagle Energy, Inc.; Elk Run Coal Company, Inc.; Emerald Coal Resources, LP; Enterprise Mining Company, LLC; Esperanza Coal Co., LLC; Foundation Mining, LLC; Foundation PA Coal Company, LLC; Foundation Royalty Company; Freeport Mining, LLC; Freeport Resources Company, LLC; Goals Coal Company; Gray Hawk Insurance Company; Green Valley Coal Company; Greyeagle Coal Company; Harlan Reclamation Services LLC; Herndon Processing Company, LLC; Highland Mining Company; Hopkins Creek Coal Company; Independence Coal Company, Inc.; Jacks Branch Coal Company; Jay Creek Holding, LLC; Kanawha Energy Company; Kepler Processing Company, LLC; Kingston Mining, Inc.; Kingwood Mining Company, LLC; Knox Creek Coal Corporation; Lauren Land Company; Laxare, Inc.; Litwar Processing Company, LLC; Logan County Mine Services, Inc.; Long Fork Coal Company; Lynn Branch Coal Company, Inc.; Maple Meadow Mining Company; Marfork Coal Company, Inc.; Martin County Coal Corporation; Maxxim Rebuild Co., LLC; Maxxim Shared Services, LLC; Maxxum Carbon Resources, LLC; McDowell-Wyoming Coal Company, LLC; Mill Branch Coal Corporation; New Ridge Mining Company; New River Energy Corporation; Neweagle Industries, Inc.; Nicewonder Contracting, Inc.; North Fork Coal Corporation; Omar Mining Company;

Paramont Coal Company Virginia, LLC; Paynter Branch Mining, Inc.; Peerless Eagle Coal Co.; Pennsylvania Land Holdings Company, LLC; Pennsylvania Land Resources, LLC; Pennsylvania Land Resources Holding Company, LLC; Pennsylvania Services Corporation; Performance Coal Company; Peter Cave Mining Company; Pigeon Creek Processing Corporation; Pilgrim Mining Company, Inc.; Pioneer Fuel Corporation; Plateau Mining Corporation; Power Mountain Coal Company; Premium Energy, LLC; Rawl Sales & Processing Co.; Republic Energy, Inc.; Resource Development LLC; Resource Land Company LLC; River Processing Corporation; Riverside Energy Company, LLC; Riverton Coal Production Inc.; Road Fork Development Company, Inc.; Robinson-Phillips Coal Company; Rockspring Development, Inc.; Rostraver Energy Company; Rum Creek Coal Sales, Inc.; Russell Fork Coal Company; Shannon-Pocahontas Coal Corporation; Shannon-Pocahontas Mining Company; Sidney Coal Company, Inc.; Spartan Mining Company; Stirrat Coal Company; Sycamore Fuels, Inc.; T. C. H. Coal Co.; Tennessee Consolidated Coal Company; Thunder Mining Company II, Inc.; Trace Creek Coal Company; Twin Star Mining, Inc.; Wabash Mine Holding Company; Warrick Holding Company; West Kentucky Energy Company; White Buck Coal Company; Williams Mountain Coal Company; Wyomac Coal Company, Inc. The docket in the chapter 11 case of Alpha Natural Resources, Inc., Case No. 15-_____ (___), should be consulted for all matters affecting this case.

7.    The Debtors are authorized to utilize a combined service list for the jointly administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest, as applicable.

8.    The Debtors are hereby authorized to file the monthly operating reports required by the Guidelines promulgated by the U.S. Trustee on a consolidated basis for all Debtors; provided, however, that nothing herein shall relieve the Debtors from any obligation to report disbursements on a Debtor-by-Debtor basis.

9.    Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The requirement under Local Bankruptcy Rule 9013-1(G) to file a

memorandum of law in connection with the Motion is hereby waived to the extent necessary.

11.     This Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: _____, 2015
        Richmond, Virginia


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Respectfully submitted,

  /s/  Tyler P. Brown
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

and

David G. Heiman (*pro hac vice* pending)
Carl E. Black (*pro hac vice* pending)
Thomas A. Wilson (*pro hac vice* pending)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

  /s/  Tyler P. Brown